IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.  ) | Cr. No. 06-403-01 (RMU) |
| ) | |
| ) | |
| DEBORAH CHAMBERS  ) | |
| _____ ) | |

**ORDER**

Upon consideration of the defendant's unopposed motion to continue the sentencing in this case, it is hereby

ORDERED that the motion is GRANTED and the sentencing hearing is scheduled for July ____, 2007, at _____.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Case 1:06-mj-00403-JMF    Document 3-2    Filed 05/01/2007    Page 2 of 2